NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

CLARA LEE (SBN 239142)
clee@roll.com
ROLL GLOBAL LLC
11444 W. Olympic Blvd.
Los Angeles, CA  90064
T:  310-966-5730  F:  310-966-5795
ATTORNEYS FOR:   Plaintiff Cal Pure Pistachios, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAL PURE PISTACHIOS, INC., a California Non-Profit
Cooperative Association,

                                          Plaintiff(s),

v.

UNITED STATES OF AMERICA, the DEPARTMENT
OF TREASURY by its agency, the INTERNAL
REVENUE SERVICE,

                                          Defendant(s)

CASE NUMBER:   2:14-cv-5237

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
**(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff Cal Pure Pistachios, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|              **PARTY**              |              **CONNECTION**              |
| ----------------------------------- | ---------------------------------------- |
| (List the names of all such parties and identify their connection and interest.) | |
| Pistachio Producers of California | member of Cal Pure Pistachios, Inc. |
| Paramount Growers Cooperative, Inc. | member of Cal Pure Pistachios, Inc. |

July 7, 2014
Date

Sign

Clara Lee
Attorney of record for or party appearing in pro per